**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:25-mj-518 |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| ANDRE BOOKER, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER RELEASING DEFENDANT**

At the hearing of this matter conducted on December 16, 2025, the Court ordered that Defendant be released from the custody of the United States.  Accordingly, and for the reasons set forth on the record at that hearing, the Court hereby **ORDERS** that the United States Marshal immediately release Defendant, subject to any conditions imposed by the Court.

**IT IS SO ORDERED.**

December 16, 2025

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge